ACCEPTED
06-14-00149-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
10/16/2015 2:04:16 PM
DEBBIE AUTREY
CLERK

## 06-14-00149-CR

### IN THE COURT OF APPEALS
### FOR THE SIXTH DISTRICT OF TEXAS AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
10/16/2015 2:04:16 PM
DEBBIE AUTREY
Clerk

### RAYMOND EARL BARNETT
**Appellant**
**v.**
### THE STATE OF TEXAS
**Appellee**

ON APPEAL FROM THE 336TH JUDICIAL DISTRICT COURT OF FANNIN COUNTY, TEXAS
THE HON. LAURINE BLAKE, JUDGE PRESIDING
TRIAL COURT CAUSE NO. 20922

### APPELLANT'S MOTION TO PUBLISH

**TO THE HONORABLE COURT OF APPEALS FOR THE SIXTH DISTRICT OF TEXAS.**

COMES NOW, Raymond Earl Barnett, Appellant, in the above styled and numbered cause, by and through Steven R. Miears, his undersigned attorney of record, and moves pursuant to T.R.A.P 47.2 that the Court designate its complete opinion on this case as PUBLISHED.

Appellant would show that the Court has designated its opinion in this case as a "Memorandum Opinion." Appellant would show that if an opinion establishes a new rule of law, or would otherwise be beneficial to litigants and their lawyers, it should be "PUBLISHED." *See* T.R.A.P. 47.4 (a).

In the Court's original and supplemental opinion addressing Appellant's motion for rehearing, the Court sets forth important rules of law concerning jurisdiction, the right to severance under Texas Penal Code section 3.04, and, waiver of issues on appeal.

WHEREFORE, PREMISES CONSIDERED, APPELLANT PRAYS the Court change its designation of the opinion from "Memorandum" to "Publish."

RESPECTFULLY SUMITTED,

**Steven R. Miears**
211 North Main

Bonham, Texas 75418
eMail: stevenmiears@msn.com
Tel. 903-640-4963
Fax: 903-640-4964
State Bar Card No. 14025600

Attorney for Appellant

**Certificate of Service**

This is to certify that a true and correct copy of the above and foregoing Appellant's Brief on Appeal was delivered by electronic filing to Richard E. Glaser, Fannin County Criminal District Attorney; 101 East Sam Rayburn Drive; Bonham, Texas 75418; on October 16, 2015; and, that a copy was mailed to the Appellant, Raymond Earl Barnett, TDC, Polunsky Unit, Inmate number 1332873, 3872 FM 350 South, Livingston, Texas 77351.

_____

Steven R. Miears